**UNITED STATES DISTRICT COURT**

MIDDLE DISTRICT OF ALABAMA
OFFICE OF THE CLERK
POST OFFICE BOX 711
MONTGOMERY, ALABAMA 36101-0711

DEBRA P. HACKETT, CLERK

TELEPHONE (334) 954-3600

May 1, 2006

# NOTICE OF CORRECTION

| | |
|---|---|
| **From:** | Clerk's Office |
| **Case Style:** | Investors Capital Corp., et al. v. Duncan-Williams, Inc., et al. |
| **Case Number:** | #2:06-cv-00382-ID |
| **Referenced Document:** | Document #1<br>Exhibit B to Notice of Removal |

**This notice has been docketed to enter the corrected pdf of Exhibit B to the referenced document into the record. Exhibit A to Exhibit B was omitted at the original time of filing due to docketing error. The corrected pdf is attached to this notice.**