IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| **INVESTORS CAPITAL CORP., et al.,** | ) |
| | ) |
| Plaintiffs, | ) |
| | ) |
| v. | ) Civil Action No. 2:06cv382-ID |
| | ) |
| **DUNCAN-WILLIAMS, INC., et al.,** | ) |
| | ) |
| Defendant. | ) |

**ORDER**

Upon CONSIDERATION of Defendant Duncan-Williams, Inc., and E-D Capital, Inc.'s motion to dismiss claims filed by Plaintiff Oke Anaba, filed May 3, 2006 (Doc. No. 4), it is ORDERED that Plaintiffs show cause, if any there be, on or before May 26, 2006, why said motion should not be granted.

DONE this 4th day of May, 2006.

/s/ Ira DeMent
SENIOR UNITED STATES DISTRICT JUDGE