**UNITED STATES DISTRICT COURT**

MIDDLE DISTRICT OF ALABAMA
OFFICE OF THE CLERK
POST OFFICE BOX 711
MONTGOMERY, ALABAMA 36101-0711

DEBRA P. HACKETT, CLERK                                                       TELEPHONE (334) 954-3600

May 4, 2006

# NOTICE OF CORRECTION

**From:   Clerk's Office**

**Case Style: Investors Capital Corp., et al v. Duncan-Williams, Inc., et al.**
**Case Number: 2:06-cv-382-ID**

**Pleading : #4 - Motion to Dismiss**

**Notice of Correction is being filed this date to advise that the referenced pleading was e-filed on 5/3/2006 without Exhibit A attached.**

**The pdf document for Exhibit A is attached to this notice.**