IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| **INVESTORS CAPITAL CORP., et al.,** | ) |
| | ) |
| **Plaintiffs,** | ) |
| | ) |
| v. | ) Civil Action No. 2:06cv382-ID |
| | ) |
| **DUNCAN-WILLIAMS, INC., et al.,** | ) |
| | ) |
| **Defendants.** | ) |

# ORDER

Upon CONSIDERATION of Plaintiffs' motion to remand, filed May 24, 2006 (Doc. No. 7), it ORDERED that Defendants show cause, if any there be, on or before June 8, 2006, why said motion should not be granted.

DONE this 25th day of May, 2006.

                                /s/ Ira DeMent
                                SENIOR UNITED STATES DISTRICT JUDGE